Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates To:<br>*Paula De La Cerda. v. Pfizer Inc., et al* | Case No. C-06-6821-CRB<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff Paula De La Cerda and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 7, 2010

*/s/ Austin W. Anderson*
_____
Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

1  DATED: February 4, 2010

2

3                                                  Michelle W. Sadowsky
                                                    DLA PIPER LLP (US)
                                                    1251 Avenue of the Americas
4                                                   New York, NY 10020-1104
                                                    212.335.4500
5                                                   *Attorneys for Defendants*

6

7  **APPROVED AND SO ORDERED.**

8  DATED: FEB 17 2010

9                                                  ———————————————
                                                    CHARLES R. BREYER
                                                    UNITED STATES DISTRICT JUDGE
10

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**